**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL FRIEDMAN, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**KATHLEEN SEBELIUS, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,**<br><br>**Defendants.** | ) | **Civil Action No. 09-2028 (ESH)** |

**ORDER**

On December 13, 2010, this Court granted summary judgment for defendants and dismissed the above-captioned matter. (Order, Dec. 13, 2010 [ECF No. 39].) On July 27, 2012, the Court of Appeals reversed that decision and "remanded to the district court with instructions to remand [the matter] to the agency for further consideration, in accordance with the opinion of the court." *See* Judgment, *Friedman v. Sebelius*, Appeal No. 11-5028 (July 27, 2012). The mandate from the Court of Appeals has now issued. (Mandate of USCA, Dec. 11, 2012 [ECF No. 42].)

Accordingly, it is hereby

**ORDERED** that the above-captioned matter is **REMANDED** to the Department of Health and Human Services for further proceedings consistent with the opinion of the Court of Appeals.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 12, 2012